[No. 32417-9-I.    Division One.    February 14, 1994.]

JOSEPH B. MEDER, *Appellant*, v. HAROLD W. ESTEY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-09750-0, Robert H. Alsdorf, J., entered August 2, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 15559-1-II.    Division Two.    February 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAYMOND CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00645-8, James D. Ladley, J., entered November 21, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15660-1-II.    Division Two.    February 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD C. GWARTNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00418-7, Alan R. Hallowell, J., entered September 5, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15580-0-II.    Division Two.    February 14, 1994.]

LARRY D. WATTS, *Respondent*, v. HANNAH MOTOR COMPANY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-00698-2, Thomas L. Lodge, J., entered December 4, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.